UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN WHITING, individually and on behalf of all other similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>AT&T CORP., and DOES 1 through 10, inclusive,<br><br>Defendant. | Case No. 2:17-cv-00179-KJM-GGH<br><br>ORDER GRANTING JOINT STIPULATION TO CONTINUE THE HEARING REGARDING DEFENDANT'S MOTION TO COMPEL ARBITRATION AND STAY ACTION<br><br>Date: June 16, 2017<br>Time: 10:00 a.m.<br>Courtroom: 3, 15th Floor<br><br>Hon. Kimberly J. Mueller |

IT IS HEREBY ORDERED that the Parties' Stipulation to Continue the Hearing on Defendant's Motion to Compel Arbitration and Stay Action is granted. The Hearing on the motion has been continued from June 16, 2017 to July 14, 2017.

DATED: June 7, 2017.

_____
UNITED STATES DISTRICT JUDGE